JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIDGET BOTTO,

                  Plaintiff,

     v.

AGUA BENDITA LLC,

                  Defendant.

Case No. 2:25-cv-09781-FLA (MBKx)

**ORDER DISMISSING ACTION [DKT. 20]**

1

On January 27, 2026, Plaintiff Bridget Botto ("Plaintiff") filed a Notice of Voluntary Dismissal ("Notice of Dismissal"), requesting the court dismiss this action with prejudice as to Plaintiff and without prejudice as to the putative class.  Dkt. 20.

Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are vacated.
2. The court DISMISSES the action with prejudice as to Plaintiff and without prejudice as to the putative class.

IT IS SO ORDERED.

Dated: February 3, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2